**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Thomas Floyd LITTLEJOHN,
Defendant—Appellant.**

No. 06–6836.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 28, 2006.

Decided: Oct. 10, 2006.

Thomas Floyd Littlejohn, Appellant Pro
Se. Amy Elizabeth Ray, Office of the Unit-
ed States Attorney, Asheville, North Car-
olina, for Appellee.

Before NIEMEYER, TRAXLER, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

638

PER CURIAM:

Thomas Floyd Littlejohn appeals the district court's order denying relief on his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Littlejohn,* No. 1:90–cr–231–5 (W.D.N.C. Apr. 17, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*